459 A.2d 27

Commonwealth v. Morris, Appellant.

Petition for Allowance of Appeal
Denied July 21, 1983.

Argued February 23, 1982. George Henry Newman, for appellant; Garold Edward Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and HOFFMAN, JJ.

Judgment of sentence affirmed.

459 A.2d 27

Commonwealth v. Robinson, Appellant.

Argued November 4, 1982. Bruce A. Franzel, for appellant; Ronald Eisenberg, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, ROWLEY and VAN der VOORT, JJ.

Judgment of sentence affirmed.